UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY LAZZARINI, <br><br> Plaintiff, <br> v. <br><br> EVANS LAW ASSOCIATES, PC, <br><br> Defendant. | Case No.: 10-CV-04681-LHK <br><br> ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

On December 16, 2010, prior to reassignment to this Court, the parties filed a Joint Case Management Statement. A Case Management Conference is scheduled before the undersigned judge on January 19, 2011. Although Civil Local Rule 16-10 requires subsequent Case Management Statements to be filed at least seven days prior to the Conference, the parties have not filed an updated Joint Case Management Statement. Accordingly, by 5:00 p.m., Tuesday, January 18, 2011, the parties shall file a Joint Case Management Statement informing the Court of any material updates.

**IT IS SO ORDERED.**

Dated: January 14, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04681-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT