UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY LAZZARINI, | Case No.: 10-CV-04681-LHK |
| Plaintiff, | ORDER REQURING PARTIES TO FILE STIPULATION OF DISMISSAL OR JOINT CASE MANAGMENT STATEMENT |
| v. | |
| EVANS LAW ASSOCIATES, PC, | |
| Defendant. | |

On January 18, 2011, the Court continued the Case Management Conference in this action to Wednesday, March 23, 2011 based on the parties' representations that they had settled the case, and would file stipulation of dismissal with prejudice "no later than 60 days" from January 18, 2011. It is now March 21, 2011, beyond the 60-day period, and the parties have filed neither a stipulation of dismissal with prejudice nor a Joint Case Management State Statement.

Accordingly, by 3:00 p.m., Tuesday, March 22, 2011, the parties shall file either: (1) their stipulation of dismissal with prejudice; or (2) a Joint Case Management Statement, with a proposed schedule through trial. The March 23, 2011 Case Management Conference remains as set.

**IT IS SO ORDERED.**

Dated: March 21, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04681-LHK
ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL OR JOINT CASE MANAGEMENT STATEMENT