UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ASHLEY LAZZARINI, | ) | Case No.: 10-CV-04681-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION |
| v. | ) ) |  |
| EVANS LAW ASSOCIATES, PC, | ) ) |  |
| Defendant. | ) |  |

Pursuant to the parties' joint stipulation [dkt. #23], this case is DISMISSED WITH PREJUDICE.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 23, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04681-LHK
ORDER DISMISSING CASE WITH PREJUDICE